UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>Plaintiff(s),<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>Defendant(s). | Case No. 2:17-CV-529 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Zimmerman v. Home Depot U.S.A., Inc.*, case number 2:17-cv-00529-JCM-EJY.

On November 28, 2017, the court granted plaintiff Kevin Zimmerman and defendant Home Depot U.S.A., Inc.'s joint stipulation to stay all proceedings in this case (ECF Nos. 46, 48) pending resolution of the Nevada attorney general's motion to dismiss in a related proceeding (*Zimmerman v. GJS Group, Inc.*, case no. 2:17-cv-00304-GMN-GWF, ECF No. 58). That motion to dismiss was granted on August 30, 2018. *Zimmerman*, case no. 2:17-cv-00304-GMN-GWF, ECF No. 73.

On October 15, 2019, the court lifted the stay, ordering that "Zimmerman has until October 25, 2019, to notify the court as to whether he intends to prosecute this action. Should no notice be given by the deadline, the court will dismiss this case with prejudice." (ECF No. 53).

Since that date, Zimmerman has not notified this court as to whether he intends to prosecute this action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Zimmerman's claims in the matter of *Zimmerman v. Home Depot U.S.A., Inc.*, case number 2:17-cv-00529-JCM-EJY be, and the same hereby are, DISMISSED with prejudice.

**James C. Mahan**
**U.S. District Judge**

1  The clerk is instructed to close the case.

2  DATED January 15, 2020.

_____
UNITED STATES DISTRICT JUDGE